**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CATHY WILDHIRT AND NANCY MCARDLE, STATE OF ILLINOIS ex rel. CATHY WILDHIRT AND NANCY MCARDLE, and CATHY WILDHIRT and NANCY MCARDLE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>AARS FOREVER, INC., an Illinois Corporation, and THH ACQUISITION LLC I, a Delaware LLC,<br><br>Defendants. | Case No. 09 cv 1215<br><br>Judge Feinerman |

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's September 25, 2013 Order, the parties hereby submit this Joint Status Report. However, rather than provide a jointly proposed discovery and dispositive motion schedule, the parties are pleased to advise the Court that they have reached a settlement agreement as described below.

### A. Relators' Settlement with AARS

Relators have agreed to settle with Defendant AARS Forever, Inc. (AARS) on the following terms:

1. AARS will pay Relators the sum of $18,000.00, with the proceeds being distributed by agreement of Relators and their attorneys, both past and present, with neither Relators nor their attorneys having any right or claim for further payment from AARS for attorney's fees or otherwise;

2. Relators' federal and state *qui tam* claims against AARS will be dismissed with prejudice as to the Relators, but without prejudice as to the United States and the State of Illinois;

3. Relators will release AARS from, and permanently abandon, all claims they have or may have against AARS;

4. AARS will release the Relators from, and permanently abandon, all claims it has or may have against Relators, including, but not limited to, the counterclaims pled in this lawsuit;

5. Relators will also agree to not knowingly seek or accept future employment with AARS, to not disparage AARS, and to not knowingly enter or approach any real property owned, occupied or operated by AARS or its employees.

**B.** **Relators' Settlement with THH Acquisition LLC I**

Relators have agreed to settle with Defendant THH Acquisition LLC I (Acquisition) on the following terms:

1. Acquisition will pay Relators the sum of $250,000.00, with the proceeds being distributed by agreement of Relators and their attorneys, both past and present, with neither Relators nor their attorneys having any right or claim for further payment from Acquisition for attorney's fees or otherwise;

2. Relators' federal and state *qui tam* claims against Acquisition will be dismissed with prejudice as to the Relators, but without prejudice as to the United States and the State of Illinois;

3. Relators will release Acquisition from, and permanently abandon, all claims they have or may have against Acquisition, including, but not limited to, their potential retaliation claims against Acquisition as pled in the original Complaint;

4. Acquisition will release the Relators from, and permanently abandon, all claims it has or may have against Relators, including, but not limited to, the counterclaims pled in this lawsuit; and

5. Relators will also agree to not knowingly seek or accept future employment with Acquisition, to not disparage Acquisition, and to not knowingly enter or approach any real property owned, occupied or operated by Acquisition or its employees.

Notice of these settlements has been given to counsel for the United States and counsel for the State of Illinois. In response, counsel for the United States and counsel for the State of Illinois both stated that, on behalf of their respective clients, they cannot render a position on the settlements until they see the respective settlement agreements. The parties need some time to complete the written agreements, but hope to be able to send same to counsel for the United States and counsel for the State of Illinois prior to the next court date on November 7, 2013.

RESPECTFULLY SUBMITTED this 1st day of November, 2013.

| RELATORS CATHY WILDHIRT AND NANCY MCARDLE | DEFENDANT AARS FOREVER, INC. |
|---|---|
| By: William J. Leonard | By: Peter R. Ryndak |
| One of their Attorneys | One of its Attorneys |
| Gregory T. Condon<br>William J. Leonard<br>Wang, Leonard & Condon<br>33 North LaSalle Street<br>Suite 2020<br>Chicago, Illinois 60602<br>Telephone: (312) 782-1668<br>Email: gcondon@wlclawyers.com<br>Email: wleonard@wlclawyers.com<br><br>Paul E. Kelly<br>David L. King<br>Kelly & King, P.C. | Peter R. Ryndak<br>Joseph R. Marconi<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Suite 2700<br>Chicago, Illinois 60603<br>Telephone: (312) 372-0770<br>Email: ryndakp@jbltd.com<br>Email: marconij@jbltd.com |

200 West Adams Street
Suite 2825
Chicago, Illinois 60606
Telephone: (312) 553-5290
Email: pek@kellykinglaw.com
Email: dlk@kellykinglaw.com

Jonathon Treat
Treat Law Office, P.C.
33 North LaSalle Street
Suite 2020
Chicago, Illinois 60602
Telephone: (708) 217-4192
Email: treatlaw@yahoo.com

DEFENDANT THH ACQUISITION LLC I

By: Glenn V. Whitaker

Glenn V. Whitaker
Michael J. Bronson
Patrick M. Hagan
Daniel E. Shuey
Vorys, Sater, Seymour and Pease LLP
301 East Fourth St., Suite 3500
Cincinnati, Ohio 45202
Telephone 513-723-4000
gvwhitaker@vorys.com
mjbronson@vorys.com
pmhagan@vorys.com
deshuey@vorys.com

Margarita M. Albarello (6187375)
Di Monte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068