**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CATHY WILDHIRT AND NANCY MCARDLE, STATE OF ILLINOIS ex rel. CATHY WILDHIRT AND NANCY MCARDLE, and CATHY WILDHIRT and NANCY MCARDLE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> AARS FOREVER, INC., an Illinois Corporation, and THH ACQUISITION LLC I, a Delaware LLC, <br><br> Defendants. | Case No. 09 cv 1215 <br><br> Judge Feinerman |

**PARTIES' JOINT STIPULATION OF DISMISSAL**

Relators Cathy Wildhirt and Nancy McArdle ("Relators"), and Defendants THH

Acquisition LLC, I ("Acquisition") and AARS Forever, Inc. ("AARS"), pursuant to Rule

41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, agree that all of Relators' claims in this

action that are or were filed against Acquisition and AARS are dismissed with prejudice as to

each Relator and are dismissed without prejudice as to the United States of America and the

State of Illinois. Relators acknowledge, represent, and warrant that they are not prevailing

parties in this action within the meaning of the False Claims Act, 31 U.S.C. §§ 3729, *et. seq.*

The Parties also agree that all of Acquisition's claims and AARS' claims in this action that are or

were filed against Relators are dismissed with prejudice. Each party shall bear its own costs and

attorneys' fees.

Stipulated and agreed to this 27th day of November, 2013.

**RELATORS CATHY WILDHIRT AND NANCY MCARDLE**

By:  William J. Leonard
One of their Attorneys

Gregory T. Condon
William J. Leonard
Wang, Leonard & Condon
33 North LaSalle Street
Suite 2020
Chicago, Illinois 60602
Telephone: (312) 782-1668
Email:  gcondon@wlclawyers.com
Email:  wleonard@wlclawyers.com

Paul E. Kelly
David L. King
Kelly & King, P.C.
200 West Adams Street
Suite 2825
Chicago, Illinois 60606
Telephone: (312) 553-5290
Email:  pek@kellykinglaw.com
Email:  dlk@kellykinglaw.com

Jonathon Treat
Treat Law Office, P.C.
33 North LaSalle Street
Suite 2020
Chicago, Illinois 60602
Telephone: (708) 217-4192
Email:  treatlaw@yahoo.com

**DEFENDANT AARS FOREVER, INC.**

By: Peter R. Ryndak
One of its Attorneys

Peter R. Ryndak
Joseph R. Marconi
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603
Telephone:  (312) 372-0770
Email:  ryndakp@jbltd.com
Email:  marconij@jbltd.com

**DEFENDANT THH ACQUISITION LLC I**

By:  Glenn V. Whitaker
One of its Attorneys

Glenn V. Whitaker
Michael J. Bronson
Patrick M. Hagan
Daniel E. Shuey
Vorys, Sater, Seymour and Pease LLP
301 East Fourth St., Suite 3500
Cincinnati, Ohio 45202
Telephone 513-723-4000
gvwhitaker@vorys.com
mjbronson@vorys.com
pmhagan@vorys.com
deshuey@vorys.com

Margarita M. Albarello (6187375)
Di Monte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of November, 2013, a true and correct copy

of the foregoing was electronically filed with the Court.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties of record.


<u>William J. Leonard</u>

William J. Leonard
Wang, Leonard & Condon
33 North LaSalle Street
Suite 2020
Chicago, Illinois 60602
Telephone: (312) 782-1668
Email:  wleonard@wlclawyers.com